UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. MANASRAH,<br><br>　　　　Defendant. | CASE NO. 1:17-cv-00071-DAD-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF NO. 14)**<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME NUNC PRO TUNC**<br><br>**(ECF NO. 16)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On April 5, 2017, the Court ordered Plaintiff to show cause why the action should not be dismissed based on Plaintiff's failure to file an amended complaint as ordered by the Court. (ECF No. 14.) Almost immediately thereafter, Plaintiff filed his amended complaint (ECF No. 15), and a request to excuse his untimely filing (ECF No. 16). The Court construes the latter of these filings as a request to extend the deadline for filing his amended complaint.

　　　　In light of Plaintiff's submissions, it is HEREBY ORDERED that:

　　　　1. The order to show cause (ECF No. 14) is DISCHARGED;

2. Plaintiff's motion to extend the time for filing his amended complaint (ECF No. 16) is GRANTED; and

3. The time for filing Plaintiff's amended complaint is extended nunc pro tunc to April 5, 2017.

IT IS SO ORDERED.

Dated:  April 5, 2017                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE