|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| RODERICK WILLIAM LEAR, | No. 1:17-cv-00071-DAD-MJS (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDER |
| A. MANASRAH, | |
| Defendants. | (Doc. Nos. 7, 8, 11) |
| | ORDER DENYING AS MOOT REQUEST TO TRANSFER MOTIONS TO SACRAMENTO DIVISION |
| | (Doc. No. 12) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On February 28, 2017, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's requests for a temporary restraining order and preliminary injunction be denied without prejudice to consideration of the same request filed in *Lear v. Avila*, No. 2:17-cv-00326-EFB. (Doc. No. 11.) On March 13, 2017, plaintiff filed

1

objections to the findings and recommendations and requested that his requests for a temporary restraining order and preliminary injunction be transferred to the Sacramento Division of the Eastern District of California.  (Doc. No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  To the extent plaintiff seeks to have his requests for a temporary restraining order and preliminary injunction transferred to the Sacramento Division of this court, that request will be denied as moot since plaintiff's motions for a temporary restraining order and preliminary injunction were docketed in Case No. 2:17-cv-00326-EFB on April 10, 2017.

Based on the foregoing,

1. The court adopts in full the findings and recommendations filed February 28, 2017 (Doc. No. 11); and
2. Plaintiff's motions for a temporary restraining order and preliminary injunction (Doc. Nos. 7, 8) are denied without prejudice to their consideration in Case No. 2:17-cv-00326-EFB.

IT IS SO ORDERED.

Dated: **May 2, 2017**

UNITED STATES DISTRICT JUDGE