UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>    Plaintiff,<br><br>    v.<br><br>A. MANASRAH et al.,<br><br>    Defendants. | No. 1:17-cv-00071-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 18, 22) |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

    On May 22, 2017, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's request for injunctive relief be denied. (Doc. No. 22.) Plaintiff's objections were due within fourteen days of the date of service of those findings and recommendations. Plaintiff has not filed objections to those findings and recommendations and the deadline for doing so has passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings

1

and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The May 22, 2017 findings and recommendations (Doc. No. 22) are adopted in full; and

2. Plaintiff's motion for injunctive relief (Doc. No. 18) is denied.

IT IS SO ORDERED.

Dated: **August 14, 2017**

UNITED STATES DISTRICT JUDGE