UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>  Plaintiff,<br><br>  v.<br><br>A. MANASRAH, et al.,<br><br>  Defendants. | Case No. 1:17-cv-00071-DAD-MJS (PC)<br><br>**ORDER DEEMING ECF NO. 27 WITHDRAWN**<br><br>**CLERK TO TERMINATE ECF NOS. 27, 28** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. His second amended complaint is presently before the Court for screening.

On August 28, 2017, Plaintiff filed a motion requesting that the Court reissue its prior findings and recommendations on Plaintiff's motion for injunctive relief. (ECF No. 27.) That same day, Plaintiff filed a document, styled as a motion, stating that he had found his copy of the prior findings and recommendations and withdrawing his prior request. (ECF No. 28.)

1 In light of the foregoing, Plaintiff's motion filed at ECF No. 27 is HEREBY DEEMED WITHDRAWN. The Clerk of Court is directed to terminate both ECF No. 27 and ECF No. 28.

IT IS SO ORDERED.

Dated: September 12, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE