# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR, | Case No. 1:17-cv-00071-DAD-JDP |
| Plaintiff, | ORDER GRANTING REQUEST FOR A SUBPOENA FORM |
| vs. | |
| CORCORAN STATE PRISON, *et al.*, | (Doc. No. 48.) |
| Defendants. | |

Plaintiff has filed a motion requesting "nonparty discovery on two Corcoran state employees." (Doc. No. 48.) The court construes plaintiff's motion as a request for a subpoena from the clerk of court. The court will GRANT the request insofar as the motion is requesting a blank subpoena form.

The clerk is directed to send the plaintiff a blank subpoena *duces tecum* form (AO 88B). The court provides the following procedural guidance for approval and service of the form:

With the court's permission, plaintiff may serve third-party subpoenas, including on the California Department of Corrections and Rehabilitation and/or the Office of the Inspector General, if plaintiff seeks documents from entities that are not presently defendants in this case. To issue a subpoena on these entities, or any other third parties, plaintiff must file a request for the issuance of a subpoena *duces tecum* with the court. If the court approves the request, it may issue plaintiff a subpoena *duces tecum*, commanding the production of documents from a non-party, and may command service of the subpoena by the United States Marshal Service. *See* Fed. R. Civ. P. 45; 28 U.S.C. 1915(d). However, the court will consider granting such a

1

request only if the documents sought from the non-party are not equally available to plaintiff and are not obtainable from defendants through a request for production of documents. Fed. R. Civ. P. 34. In any request for a subpoena, plaintiff must (1) identify with specificity the documents sought and from whom; and (2) make a showing in the request that the records are only obtainable through that third party. The documents requested must also fall within the scope of discovery allowed in this action. *See* Fed. R. Civ. P. 26(b)(1).

Upon receipt of the form:

A. Plaintiff shall make any additional required copies of the form (additional blank forms will not be provided).

B. Plaintiff shall fill out the header, and the following fields:

1) "To:" (Name of person to whom this subpoena is directed) including the location of the person or entity to be served;

2) "Production" by checking the box and identifying with specificity the documents sought; and

3) "Place:" by providing his own name and address for delivery of the requested documents.

C. Plaintiff shall leave the remainder of the fields blank (including, but not limited to, "Date and Time:"). The court will fill in the remainder of the fields, when received and if approved for service.

IT IS SO ORDERED.

Dated:  August 16, 2018

_____
UNITED STATES MAGISTRATE JUDGE