# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR, | Case No. 1:17-cv-0071-DAD-JDP |
| Plaintiff, | ORDER GRANTING MOTION FOR ORDER |
| v. | ECF No. 73 |
| CORCORAN STATE PRISON, *et al.*, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action filed under 42 U.S.C. § 1983. Plaintiff moves for an order from this court directing California State Prison, Corcoran that his response in opposition to defendants' motion for summary judgment may exceed fifty pages. For good cause shown and in accordance with the All Writs Act, 28 U.S.C. § 1651, we hereby grant plaintiff's motion and order that it is necessary and appropriate for plaintiff to file an opposition over fifty pages in length to participate meaningfully in this case.

IT IS SO ORDERED.

Dated: July 16, 2019

UNITED STATES MAGISTRATE JUDGE

No. 204

2