1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   RODERICK WILLIAM LEAR,              Case No. 1:17-cv-00071-DAD-JDP

12              Plaintiff,               ORDER ON REQUEST FOR CLARIFICATION

13        v.                            ECF No. 82

14   CORCORAN STATE PRISON, *et al.*,

15              Defendants.

16

17

18        Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

19   under 42 U.S.C. § 1983.  This action proceeds on plaintiff's claims against defendant Mansour for

20   medical deliberate indifference and against California State Prison, Corcoran for damages under

21   the Americans with Disabilities Act.

22        Documents before the court prepared by unrepresented parties are "construed liberally."

23   *See Hayes v. Idaho Corr. Ctr.*, 849 F.3d 1204, 1208 (9th Cir. 2017).  The docket reflects that

24   plaintiff has had difficulty obtaining and filing documents pertinent to this litigation, resulting in

25   numerous extensions.  *See* ECF Nos. 68, 71, 73.  To the extent that plaintiff's additional

26   evidentiary filings have bearing on either of the pending motions for summary judgment and are

27   admissible under the rules of evidence, they will be considered.  Defendants may file their

28   opposition(s) accordingly.

IT IS SO ORDERED.

Dated:   August 21, 2019   

UNITED STATES MAGISTRATE JUDGE

No. 204